No. 76–836.  THOMPSON *v.* VIRGINIA.  Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 76–740.  DITSON, TRUSTEE *v.* CITY OF BOSTON.  Appeal from Ct. App. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–752.  UNITED STATES PAROLE COMMISSION *v.* SHEPARD.  Appeal from C. A. 2d Cir.  Motion of appellee for leave to proceed *in forma pauperis* granted.  Judgment vacated and case remanded for further consideration in light of *Moody* v. *Daggett, ante,* p. 78, and to consider whether case is moot.

No. ——.  BUDDY SYSTEMS, INC. *v.* EXER-GENIE, INC., ET AL.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and to dispense with printing petition denied.